UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BERNARD SAVANNAH, | No. C-11-3634 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| PEOPLE OF THE STATE OF CALIFORNIA, | **(Docket No. 7)** |
| Respondent. | |

Frederick Bernard Savannah, a prisoner at the Calipatria State Prison, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court reviewed the petition, determined that it failed to state a claim upon which habeas relief could be granted and ordered Savannah to file an amended petition. *See* Order Of Dismissal With Leave to Amend at 2-3. Savannah then filed a "motion to withdraw from the court's order to amend with-out prejudice to exhaust state remedies," which appears to request a dismissal of this action so that he may exhaust state court remedies for his claims. Upon due consideration, the motion is **GRANTED**. (Docket # 7.)

This action is **DISMISSED** without prejudice to Savannah filing a new action after he exhausts state court remedies. Savannah is cautioned *not* to file an amended petition in this action and not to use the case number for this action because this action is being closed today. When he files a new petition, he should put no case number on the first page, and should submit it with the $5.00 filing fee or a completed *in forma pauperis* application. At that time, the Court will give the new petition a new case number. Savannah is urged to *act swiftly* to exhaust his state court remedies

and immediately file a new federal habeas petition after he receives a decision from the California Supreme Court to avoid running afoul of the one-year statute of limitations on the filing of federal habeas petitions, 28 U.S.C. § 2244(d).

This order disposes of Docket No. 7. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 21, 2011

_____
EDWARD M. CHEN
United States District Judge

2